NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1126
(Serial No. 10/493,593)

IN RE WINFRIED DENK

Appeal from the United States Patent and Trademark Office,
Board of Patent Appeals and Interferences.

ON MOTION

ORDER

Upon consideration of the appellant's unopposed motion to withdraw this appeal,

IT IS ORDERED THAT:

(1)    The motion is granted and the appeal is dismissed.

(2)    Each side shall bear its own costs.

FOR THE COURT

MAR 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 11 2009

Jan Horbaly
CLERK

cc:    Joel H. Bock, Esq.
       Raymond T. Chen, Esq.

s8

ISSUED AS A MANDATE:    MAR 11 2009  _____